UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case Number 21-20355

v.                                               Honorable David M. Lawson

DONALD STANLEY LAVIGNE,

        Defendant.

_____/

## ORDER STRIKING IMPROPER FILINGS

This matter is before the Court because of two recently-filed documents. The first is a petition dated December 30, 2021 that is signed by George Daniel as petitioner. ECF No. 18. The second document is a statement dated January 18, 2022 that is signed by Lisa Zeiter as declarant and "Power of Attorney for Donald-Stanley Lavigne." ECF No. 17. The documents are improper filings and will be stricken from the record.

The Criminal Rules of Procedure contain mandatory requirements for motions and other papers. Rule 49 states that "[e]very written motion and other paper must be signed by at least one attorney of record in the attorney's name — or by a person filing a paper if the person is not represented by an attorney." Fed. R. Crim. P. 49(b)(4). "The court must strike an unsigned paper unless the omission is promptly corrected after being called to the attorney's or person's attention." *Ibid.* Daniel and Zeiter are not parties to this case, nor, it appears, are they attorneys. Thus, neither Daniel nor Zeiter can be "attorney of record" for the defendant, and their signatures are insufficient to validate the documents they filed in this matter.

Accordingly, it is **ORDERED** that the statement from Liza Zeiter (ECF No. 17) and document from George Daniel (ECF No. 18) are **STRICKEN**.

- 2 -

                                                      s/David M. Lawson  
                                                      DAVID M. LAWSON  
                                                      United States District Judge

Dated:   January 27, 2022