UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                Case Number 21-20355

v.                                                 Honorable David M. Lawson

DONALD STANLEY LAVIGNE,

        Defendant.
_____/

## ORDER STRIKING IMPROPER FILING

On February 2, 2023, defendant Donald Stanley Lavigne filed a petition for subrogation. The petition included a proposed order that the defendant evidently intended for the Court to sign and enter. The inclusion of the proposed order was improper because such orders never should be filed on the electronic docket. E.D. Mich. LR 7.1 cmt. (citing Elec. Filing Pols. & Procs. R 11(a)). Proposed orders should be submitted to the Court through the CM/ECF Utilities function. The petition therefore will be stricken from the record.

Moreover, the petition entirely is frivolous. It is based on the same "meritless rhetoric frequently espoused by tax protesters [and] sovereign citizens" that Lavigne has employed throughout this litigation, *United States v. Coleman*, 871 F.3d 470, 476 (6th Cir. 2017), to argue that "the United States Government, including the IRS, is a fraud and that 'they, the sovereign citizens, retain an individual common law identity exempting them from the authority of those fraudulent government institutions,'" *United States v. Gooch*, 595 F. App'x 524, 527 n.1 (6th Cir. 2014). These concepts have no basis in law or in fact, and for that reason circuit courts routinely reject them. *See United States v. Lavigne*, No. 22-1303, Doc. 1601, at 3 (6th Cir. July 29, 2022); *Coleman*, 871 F.3d 470, 476; *United States v. Mundt*, 29 F.3d 233, 237 (6th Cir. 1994).

- 2 -

Accordingly, it is **ORDERED** that the defendant's petition for subrogation (ECF No. 194) is **STRICKEN**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: February 9, 2023